UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

EMIL M. TOMASOVICH,  Chapter 7
 Case No. 18-55990-TJT
Debtor.  Hon. Thomas J. Tucker
_____/

## VERIFIED STATEMENT OF DISINTERESTEDNESS

I, STUART A. GOLD, declare:

1. I am the duly qualified and acting Trustee appointed on November 28, 2018.

2. I am a shareholder and President of Gold, Lange & Majoros, P.C.

3. Gold, Lange & Majoros, P.C. does not hold any interest adverse to the above-entitled estate and is a disinterested person as defined in 11 U.S.C. § 101(14).

4. Gold, Lange & Majoros, P.C. does not have any connections with the debtor, creditors, or any other person having an interest, including their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

5. Upon filing this statement, Gold, Lange & Majoros, P.C. will be acting as the Court appointed attorney for Trustee in this matter.

GOLD, LANGE & MAJOROS, P.C.

Dated: January 15, 2019   /s/ Stuart A. Gold
STUART A. GOLD
24901 Northwestern Hwy., Suite 444
Southfield, Michigan 48075
(248) 350-8220
stuart.gold@7trustee.net
(P27766)

H:\SAG TRUSTEE CASES\Tomasovich, Emil\SOD (SAG).pko.docx